CK #111, 112, 113
Rec.# 151867

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 99-18090 |
| Leroy Gibson, Jr., | Judge Randolph Baxter |
| Debtor(s). | Chapter 7 Case |

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check nos. 111 in the amount of $2,442.30, 112 in the amount of $1,886.03 and 113 in the amount of $1,384.23 which represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| MERCANTILE BANK CREDIT CARD CENTER PO BOX 790074 ST LOUIS, MO 63153 | 2 | $4,417.45 | $2,442.30 |
| PROVIDENT BANK 1111 SUPERIOR AVE, EAST CLEVELAND, OH 44114 | 5 | $3,411.32 | $1,886.03 |
| NORWEST FINANCIAL 5226 NORTHFIELD RD MAPLE HEIGHTS, OH 44137 | 9 | $2,503.68 | $1,384.23 |

Dated: January 27, 2011

_____
Lauren A. Helbling (0038954), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com